HON. ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KARLENE K. PETITT,<br><br>                      Plaintiff,<br><br>v.<br><br>AIR LINE PILOTS ASSOCIATION,<br>                      Defendant. | CASE NO. 20-cv-1093-RSL<br><br>**PLAINTIFF'S UNOPPOSED MOTION AND ORDER FOR A ONE-WEEK EXTENSION TO BRIEFING SCHEDULE ON DEFENDANT'S PENDING MOTION TO DISMISS** |

      Plaintiff Karlene Petitt hereby respectfully moves for a one-week extension on the briefing schedule on the Motion to Dismiss the Amended Complaint of Defendant Air Line Pilots Association ("ALPA") (Dkt. 14). The basis for this request is as follows.

      1. On September 25, 2020, the Court entered a Scheduling Order (Dkt. 13) ("Scheduling Order") establishing a briefing schedule for ALPA's Motion to Dismiss the Amended Complaint. ALPA filed that Motion on October 5, 2020. Under the Scheduling Order, Plaintiff's Opposition Brief is due on November 16, 2020, and ALPA's Reply Brief is due on December 2, 2020.

      2. Plaintiff is an airline pilot. She has been scheduled for an eight-day international trip beginning on November 9, 2020 and may not have internet access during a significant portion of that trip. To accommodate that trip, Plaintiff respectfully requests a one-week extension of the briefing schedule so that her Opposition Brief would be due on November 23, 2020, and ALPA's

1. Reply Brief would be due on December 9, 2020. ALPA has advised that it does not oppose this request.

3. All of the Parties' new proposed deadlines are set forth in the accompanying proposed Order.

RESPECTFULLY SUBMITTED this 5th day of November 2020.


*/s/ Karlene Petitt*
Karlene Petitt
Plaintiff, Pro Se

PLAINTIFF'S UNOPPOSED MOTION AND
ORDER FOR A ONE-WEEK EXTENSION OF
BRIEFING SCHEDULE – Page 2

**ORDER**

Based upon the above stipulation of the parties, and for good cause shown by the parties, the Court hereby amends the Scheduling Order (Dkt. 13) as follows:

| | | |
|---|---|---|
| (a) | Deadline for Plaintiff's Opposition to Defendant's Motion to Dismiss | November 23, 2020 |
| (b) | Deadline for Defendant's Reply in support of its Motion to Dismiss | December 9, 2020 |

Dated this __6th__ day of November, 2020.

_____
HON. ROBERT S. LASNIK

PLAINTIFF'S UNOPPOSED MOTION AND
ORDER FOR A ONE-WEEK EXTENSION OF
BRIEFING SCHEDULE – Page 3