United States District Court
WESTERN DISTRICT OF WASHINGTON

KARLENE K. PETITT,

v.

AIR LINE PILOTS ASSOCIATION.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C20-1093RSL

__  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Judgment is entered in favor of defendant and against plaintiff.

June 3, 2021                          William M. McCool
                                       Clerk

                        /s/Laura Hobbs
                        By, Deputy Clerk