# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Western District of Washington

U.S. District Court case number: C20-1093RSL

Date case was first filed in U.S. District Court: Western District of Washington

Date of judgment or order you are appealing: 06/03/2021

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes   ● No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Karlene K Petitt

Is this a cross-appeal?   ○ Yes   ● No

If Yes, what is the first appeal case number? NA

Was there a previous appeal in this case?   ○ Yes   ● No

If Yes, what is the prior appeal case number? NA

Your mailing address:

19671 Military Rd. S

City: SeaTac   State: WA   Zip Code: 98188

Prisoner Inmate or A Number (if applicable): NA

**Signature** *Karlene K Petitt*   **Date** 06/24/2021

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1   Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Karlene K Petitt

Name(s) of counsel (if any):
None

Address: 19671 Military Rd. S SeaTac WA 98188
Telephone number(s): 206-856-2445
Email(s): Karlene.Petitt@gmail.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ● No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Airline Pilots Association
Known as ALPA

Name(s) of counsel (if any):
Jim K Lobsenz
Thomas N Ciantra

Address: 7950 JONES BRANCH DRIVE STE 400SMCLEAN, VA 22102
Telephone number(s): 703-481-2423; 703-481-2468
Email(s): jim.lobsenz@alpa.org  Thomas.Ciantra@alpa.org

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 6                                          *1*                                    New 12/01/2018