UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 15 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KARLENE K. PETITT,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>AIR LINE PILOTS ASSOCIATION, AKA ALPA,<br><br>　　　　Defendant - Appellee. | No. 21-35494<br><br>D.C. No. 2:20-cv-01093-RSL<br>U.S. District Court for Western Washington, Seattle<br><br>**MANDATE** |

The judgment of this Court, entered May 24, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7